# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ALEXIS MICHELE SPURLOCK,

    Plaintiff,

    v.

GEORGE ANTHONY HINTERLEITNER,
et al.,

    Defendants.

CV 2:25-115

## ORDER

The parties informed the Court on May 8, 2026 that they had reached a settlement of the claims in this action. To date, no dismissal has been filed. The parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 27 day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA